FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0086

_____

STATE OF MONTANA, THE MONTANA
PETROLEUM TANK RELEASE
COMPENSATION BOARD,

      Petitioner and Appellant,

  v.

BP plc, BP HOLDINGS NORTH AMERICA
LIMITED, BP AMERICA INC., BP PRODUCTS
NORTH AMERICA INC.,  BP WEST COAST
PRODUCTS, LLC, and its predecessor companies
and subsidiaries, including  but not limited to
Standard Oil of Ohio (SOHIO), Standard Oil
(Indiana), Amoco Oil Company, Atlantic Richfield
Company (ARCO) and BP Amoco plc.,

      Respondents and Appellees.

                                    O R D E R

_____

      Daniel I. Siegfried of Chicago, Illinois, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

      Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Siegfried is currently in good standing with another state jurisdiction in which he is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner Siegfried and the fourth appearance of his firm under the pro hac vice rules, with good cause showing under Rule VI(C),

      IT IS HEREBY ORDERED that the application of Daniel I. Siegfried to appear pro hac vice in the above-entitled cause is GRANTED.

      The Clerk is directed to provide copies of this order to Daniel I. Siegfried, to all counsel of record in this appeal, and to the State Bar of Montana.

                                  Electronically signed by:
                                  Mike McGrath
                    Chief Justice, Montana Supreme Court
                                  June 15 2020